UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE O. LUNDIN,<br><br>  Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-454-MJP<br><br><br><br><br><s>PROPOSED</s> ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will evaluate the opinions of Mel Watt, Ph.D. (Tr. 334-338), Alnoor Virji, M.D. (Tr. 339-345), David Greeson, M.D. (Tr. 346-350), Timothy Smith, M.D. (Tr. 516-521), and Padmini Bhaskar, M.D. (Tr. 652-656); the ALJ will further evaluate the lay witness evidence from Camille Adams, M.A. (Tr. 546-549), Marlene Lundin (Tr. 132-137, 218-226, 807-811, 849-853) and Floyd Lundin (Tr. 811-813, 854-858); the ALJ will further evaluate Plaintiff's residual functional capacity as necessary; and

Page 1    <s>PROPOSED</s> ORDER- [C05-454-MJP]

the ALJ will obtain supplemental evidence from a vocational expert as necessary.  On remand, this case will be assigned to a different ALJ, other than ALJ M.J. Adams, pursuant to the provisions of Hallex I-2-155(D)(11)(a).

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this _5th_ day of __October___ 2005.

/s/ Marsha J. Pechman

Marsha J. Pechman
U.S. Disttrict Judge

Recommended for Entry
this  4th  day of  October , 2005.

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE


Presented by:

 s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov

Page 2        PROPOSED ORDER- [C05-454-MJP]